A. B. Dayton, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed.

McNULTY v. PRESS PUB. CO. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Action by Patrick J. McNulty against the Press Publishing Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 160 App. Div. 935, 145 N. Y. Supp. 1131.

MADAMMI, Respondent, v. HUDSON & CO., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 4, 1914.) Action by Antonio Madammi, an infant, etc., against Hudson & Co. No opinion. Judgment and order affirmed, with costs. Leave to appeal to Court of Appeals denied, 147 N. Y. Supp. 1125.

MADAMMI, Respondent, v. HUDSON & CO., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914.) Action by Antonio Madammi, an infant, etc., against Hudson & Co. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see, 147 N. Y. Supp. 1125.

In re MAISCHOSS' ESTATE. (Supreme Court, Appellate Division, Fourth Department. March 25, 1914.) In the matter of the estate of Frank Maischoss, deceased. No opinion. Decree of Surrogate's Court affirmed, with costs.

MALAMAN v. HOROWITZ. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Solomon Malaman against David Horowitz. No opinion. Application denied, with $10 costs. Order signed.

MALATESTA, Respondent, v. EMPIRE CITY SUBWAY CO., Ltd., Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by John B. Malatesta against the Empire City Subway Company, Limited. N. H. Egleston, of New York City, for appellant. L. N. Martin, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MALDONADO & CO., Appellants, v. YGLESIAS, Respondent, et al. (Supreme Court, Appellate Division, First Department. April 17, 1914.) Action by Maldonado & Co. against Luis F. Yglesias and others. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 147 N. Y. Supp. 2.

MALONE, Respondent, v. CATHOLIC RELIEF & BENEFICIARY ASS'N, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by Thomas Malone against the Catholic Relief & Beneficiary Association.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that reversible error was committed by the trial court in refusing to permit the witness Dr. Hurley to testify to the number and dates of the professional visits which he paid to Mrs. Malone while she was in Mercy Hospital and during her last illness, and to permit the witness Theel to testify as to the times and places where she attended upon Mrs. Malone as a nurse, and in ruling that the witness Theel was precluded by section 834 of the Code of Civil Procedure from testifying to admissions and statements made to her, or in her hearing, by Mrs. Malone with reference to the circumstances under which Mrs. Malone applied for insurance in the defendant company, and in reference to any fraud or deception on her part in securing said insurance. We do not pass upon the question as to whether Mrs. Malone's declarations are otherwise competent against plaintiff, as the point was not raised.

MALONEY, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. April 4, 1914.) Action by Mary Maloney, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Orders affirmed, with costs.

In re MANHATTAN RY. CO. In re NINTH AVE. ADDITIONAL TRACKS. (Supreme Court, Appellate Division, First Department. May 22, 1914.) In the matter of the Manhattan Railway Company. In the matter of the Ninth Avenue Additional Tracks. No opinion. Motion granted. Settle order on notice. See, also, 146 N. Y. Supp. 1099.

MANITOU BEACH ROD & GUN CLUB, Appellant, v. BURGER, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Action by the Manitou Beach Rod & Gun Club against William Burger. No opinion. Judgment affirmed, with costs. Held, that the Burnett deed conveyed the land in dispute.

MANTLE & CO. v. CARR et al. (Two cases). (Supreme Court, Appellate Division, First Department. April 9, 1914.) Action by Mantle & Co. against Elsie Carr, impleaded with others, and against Austin Carr, impleaded with others. No opinion. Motions to dismiss appeals granted, with $10 costs. Orders filed.

MARKLOWITCH, Respondent, v. GOODFRIEND, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) Action by Hyman Marklowitch against Braine Goodfriend. No opinion. Motion denied. See, also, 146 N. Y. Supp. 1099.

MARKWICK, Respondent, v. NEW YORK TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1914.) Action by Everett J. Markwick against the New York Telephone Company. No opinion. Judgment and order affirmed, with costs.